UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUEBLO OF ISLETA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00696-AHA |
| ) | |
| SECRETARY OF THE DEPARTMENT ) | |
| OF THE INTERIOR, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO STAY CASE**

To promote judicial economy and efficiency, the Parties jointly request that this Court stay further proceedings in this case until the agency completes its review of oral and written comments and takes any actions related to the consultation regarding EO 14,210. Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. As grounds for this motion, the parties state as follows:

1. Plaintiffs filed their Complaint on March 7, 2025. (ECF No. 1). Plaintiffs allege that BIE's termination of probationary employees and deferred resignation program was contrary to law and arbitrary and capricious. Plaintiffs also allege that the Bureau of Indian Education (BIE) failed its duty to consult with the Tribes before implementing employment actions under Executive Order 14,210.

2. On April 17, 2025, BIE noticed eight consultation sessions regarding EO 14,210. These consultation sessions took place over three weeks between May 20, 2025 and June 6, 2025. Written comments were accepted until July 7, 2025. The agency continues to review both the oral and written comments and will finalize its actions, if any, after that review is complete.

3. On May 8, 2025, the Court granted Defendants' unopposed motion for a 60-day extension of time, to July 14, 2025. Defendants stated in their motion that the parties agreed to discuss further approaches for the case moving forward following the consultation sessions.

4. On July 7, 2025, the parties conferred about further approaches. Plaintiffs stated that they intend to amend their Complaint.

5. The parties agree that staying this case would allow time for the Department of the Interior to complete its review of the oral and written comments from the EO 14,210 Consultation and take any actions related to the EO 14,210 Consultation. Because the agency is unaware of how long reviewing the comments and finalizing any agency actions will take, the parties request a stay rather than an extension of the current response deadline.

6. Staying the case would also allow Plaintiffs to include any claims related to the EO 14,210 Consultation in their amended complaint.

7. The parties agree that staying the current response deadline would prevent unnecessary piecemeal litigation, avoid briefing at the pleading stage on certain issues that may be resolved or change after completion of the consultation process, and conserve the Parties' and the Court's resources.

8. The parties agree that they shall meet and confer on any status updates three months from the date of the order granting the parties' joint motion to stay, should this motion be granted.

9. The parties agree that either party may move to lift the stay following any agency actions related to EO 14,210 or any modification to the structure, funding, or staffing of BIE or BIE operated schools. If the stay in still in place in six months, the parties will jointly request that this Court lift the stay.

10. After a court order lifting the stay, the parties request that Plaintiffs file their amended complaint within 30 days, and Defendants respond to the amended complaint within 30 days of service of the amended complaint.

Accordingly, the Parties jointly request that this Court stay further proceedings in this case consistent with this motion.

Dated: July 8, 2025

*/s/ Matthew Campbell*
Matthew Campbell
NM Bar No. 138207, CO No. 40808
mcampbell@narf.org
Jacqueline De León
DC Bar No. 1023035, CA Bar No. 288192
jdeleon@narf.org
Allison A. Neswood
CO Bar No. 49846
neswood@narf.org
Malia Gesuale
CO Bar No. 59452
gesuale@narf.org

NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave

Boulder, CO 80302

Samantha Blencke Kelty
AZ Bar No. 024110, TX Bar No. 24085074
blencke@narf.org

NATIVE AMERICAN RIGHTS FUND
950 F Street, NW, Suite 1050,
Washington, DC 20004

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General


By: */s/ Samuel R. Vice*
SAMUEL R. VICE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 353-5540
E-mail: samuel.vice@usdoj.gov

*Counsel for Defendants*

4