**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUEBLO OF ISLETA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SECRETARY OF THE DEPARTMENT )<br>OF THE INTERIOR, et al., )<br>)<br>Defendants. ) | Case No. 1:25-cv-00696-AHA |

**[PROPOSED] ORDER GRANTING MOTION TO STAY CASE**

After reviewing the parties' Joint Motion to Stay Case, the Court GRANTS the Joint Motion and STAYS the case. The parties shall meet and confer three months from the date of this order. Either party may move to lift the stay following any agency actions related to EO 14,210 or any modification to the structure, funding, or staffing of BIE or BIE operated schools. If the stay in still in place in six months, the parties shall file a motion to lift the stay. After any court order lifting the stay, Plaintiffs shall file an amended complaint within 30 days. Defendants shall respond to the amended complaint within 30 days of service of the amended complaint. It is so ORDERED

Dated: _____     _____
                                                                       UNITED STATES DISTRICT JUDGE