UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUEBLO OF ISLETA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00696-AHA |
| ) | |
| SECRETARY OF THE DEPARTMENT ) | |
| OF THE INTERIOR, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

In a Minute Order dated July 10, 2025 this Court granted the parties' Joint Motion to Stay and directed the parties to file a Joint Status Report by October 8, 2025. Following the lapse in congressional appropriations and subsequent court orders[1], the Joint Status Report is now due on November 30, 2025. Counsel for the parties held telephonic conferences on September 30, 2025 and November 20, 2025 and submit this Joint Status Report.

At the parties' September 30, 2025 conference, the parties confirmed that since the Court granted the parties' Joint Motion to Stay, Defendants completed their review of oral and written comments they received in response to their consultation sessions regarding EO 14,210.

---

[1] At the end of the day on September 30, 2026, the appropriations act that had been funding various Executive Branch agencies, including the Department of Justice, lapsed. On October 1, 2025, United States District Court for the District of Columbia Chief Judge Boasberg entered an Order providing that civil deadlines imposed on the United States were to be extended by the number of days equal to the length (in days) of the lapse of appropriations plus 10 days. On November 13, 2025, Chief Judge Boasberg entered another Order providing that in light of the November 12 restoration of appropriations, civil filing deadlines such as the parties' Joint Status Report were extended by 53 days from the date of the original deadline.

However, at the September 30, 2025 conference Defendants had not yet taken actions related to the EO 14,210 consultations.

After appropriations were restored, the parties conferred again on November 20, 2025. During those discussions, Plaintiffs' counsel broached developments in the Department of Education and Department of Interior. Specifically, two days prior, on November 18, 2025, the Department of Education announced six "agency partnerships," including an "Indian Education Partnership" with the Department of Interior. Press Release, U.S. Dep't of Ed., *U.S. Department of Education Announces Six New Agency Partnerships to Break Up Federal Bureaucracy*, WWW.ED.GOV (Nov. 18, 2025) https://www.ed.gov/about/news/press-release/us-department-of-education-announces-six-new-agency-partnerships-break-federal-bureaucracy. The Department of Education simultaneously released an undated fact sheet on the same. *Fact Sheet: Department of Education (Ed) and Department of Interior (DOI) Partnership*, available at https://www.ed.gov/media/document/fact-sheet-department-of-education-ed-and-department-of-interior-doi-partnership-112463.pdf. The Department of Education is not a party to this case. But Plaintiffs are continuing to monitor this agreement to determine whether, and to what extent, the agreement may impact how Plaintiffs wish to proceed on the present complaint. The parties will return to this Court in the event either party moves to lift the stay.

Absent any motion to lift the stay, the parties agree that the stay should continue. The parties propose filing a status report on February 19, 2026.

Dated: November 25, 2025

                                              */s/ Matthew Campbell*
                                              Matthew Campbell
                                              NM Bar No. 138207, CO No. 40808
                                              mcampbell@narf.org
                                              Jacqueline De León

DC Bar No. 1023035, CA Bar No. 288192
jdeleon@narf.org
Allison A. Neswood
CO Bar No. 49846
neswood@narf.org
Malia Gesuale
CO Bar No. 59452
gesuale@narf.org

NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave
Boulder, CO 80302

Samantha Blencke Kelty
AZ Bar No. 024110, TX Bar No. 24085074
blencke@narf.org

NATIVE AMERICAN RIGHTS FUND
950 F Street, NW, Suite 1050,
Washington, DC 20004

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principle Deputy Assistant Attorney General


By: */s/ Samuel R. Vice*
SAMUEL R. VICE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 353-5540
E-mail: samuel.vice@usdoj.gov

*Counsel for Defendants*

3