UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUEBLO OF ISLETA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 1:25-cv-00696-AHA |
| | ) |
| SECRETARY OF THE DEPARTMENT | ) |
| OF THE INTERIOR, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

In a Minute Order dated November 26, 2025 this Court directed the parties to file a Joint Status Report by February 19, 2026. Counsel for the parties held a video conference on February 17, 2026 and submit this Joint Status Report.

As the Parties previously reported, Defendants completed their review of oral and written comments they received in response to their consultation sessions regarding EO 14,210. Defendants have not yet taken actions related to the EO 14,210 consultations.

The Parties previously reported that on November 18, 2025, the Department of Education announced six "agency partnerships," including an "Indian Education Partnership." with the Department of the Interior ("Interior"). Interagency Agreement Between the U.S. Department of Education and the U.S. Department of the Interior Relating to the Office of Indian Education ("Interior Agreement"), [ed-and-doi-interagency-agreement-indian-education-partnership-september-30-2025-and-january-9-2026-addendum-113021.pdf](ed-and-doi-interagency-agreement-indian-education-partnership-september-30-2025-and-january-9-2026-addendum-113021.pdf). On September 30, 2025, Interior and Education entered into an Interagency Agreement under which Interior committed to carry out thirty-three "activities in coordination with and subject to the supervision" of

Education. Interior Agreement § 3(A). Education committed to carry out an additional eighteen activities. *Id.* § 3(B). And Interior and Education committed to "develop an expedited path for executing" forms for transferring funds from Education to Interior. *Id.* § 4. On January 9, 2026, Interior and Education entered into an Addendum to modify the performance of certain specific provisions of the Interior Agreement. *Id.* page 12. Also on January 9, 2026, Interior, Education, and Labor ("the Agencies") announced a consultation session regarding the Interior Agreement and a September 30, 2025 Interagency Agreement between the Department of Labor and Education ("Labor Agreement").

On February 10, 2026, Interior, Education, and the Department of Labor then held one joint consultation session regarding "Interagency Partnerships between the United States Departments of Education, Interior, and Labor." The Agencies stated that the period for submitting written comments regarding these Interagency Partnerships closes on March 12, 2026.

Counsel for Federal Defendants reports that Interior has not taken any action related to the Interagency Partnership since the February 10, 2026 consultation session. Counsel for Federal Defendants has no information as to whether Education or Labor, who are not defendants in this case, have taken any action since the February consultation session.

Plaintiffs are continuing to monitor the Interior and Labor Agreements to determine whether, and to what extent, the agreements may impact how Plaintiffs wish to proceed on the present complaint. The parties will return to this Court in the event either party moves to lift the stay.

Absent any motion to lift the stay, the parties agree that the stay should continue. The parties propose filing a status report on June 15, 2026. The Parties are continuing to monitor

Federal actions relating to Indian education and will return to this Court in the event either party moves to lift the stay.

Dated: February 19, 2026

/s/ Matthew Campbell
Matthew Campbell
NM Bar No. 138207, CO No. 40808
mcampbell@narf.org
Jacqueline De León
DC Bar No. 1023035, CA Bar No. 288192
jdeleon@narf.org
Allison A. Neswood
CO Bar No. 49846
neswood@narf.org
Malia Gesuale
CO Bar No. 59452
gesuale@narf.org

NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave
Boulder, CO 80302

Samantha Blencke Kelty
AZ Bar No. 024110, TX Bar No. 24085074
blencke@narf.org

NATIVE AMERICAN RIGHTS FUND
950 F Street, NW, Suite 1050,
Washington, DC 20004

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General


By: /s/ Samuel R. Vice
SAMUEL R. VICE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 353-5540
E-mail: samuel.vice@usdoj.gov

*Counsel for Defendants*