**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PUEBLO OF ISLETA, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Plaintiffs,　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　Case No. 1:25-cv-00696-AHA
　　　　　　　　　　　　　　　　　　　　)
SECRETARY OF THE DEPARTMENT　　　)
OF THE INTERIOR, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Defendants.　)

**JOINT STATUS REPORT**

In a Minute Order dated February 27, 2026, this Court directed the parties to file a Joint Status Report by June 15, 2026.  Counsel for the parties held video conferences on May 29, June 5, 12, and 15, 2026 and submit this Joint Status Report.

As the Parties previously reported, the Department of Education signed interagency agreements with the Departments of Interior and Labor on September 30, 2025, and modified those agreements on January 9, 2026.  The Departments of Education, Interior, and Labor ("the Agencies") held a "Consultation on Interagency Partnerships between the United States Department of Education, Interior, and Labor" session regarding those interagency agreements on February 10, 2026.  Plaintiffs Prairie Band Potawatomi Nation and Cheyenne and Arapaho Tribes attended that session in person.  Plaintiffs Pueblo of Isleta, Prairie Band Potawatomi Nation, and Cheyenne and Arapaho Tribes submitted written comments on March 12, 2026.  The oral and written comments objected, among other things, to what the commenters regarded as the Agencies' repeated failure to fulfill their consultation duties prior to making decisions regarding Indian education.

On June 12, Counsel for Federal Defendants informed Counsel for Plaintiffs that the Departments of Education and Interior recently commenced implementation of the Interagency Agreements by Education detailing three employees, part-time, to Interior.  Counsel for Defendants later reported that Education and Interior expect this week to enter an agreement to detail a total of fourteen employees full-time to from Education to Interior.

Counsel for Plaintiffs formally requested that the Education and Interior Departments engage in consultation regarding this proposed action.

Based on these developments, Plaintiffs request that the Court lift the stay of litigation in this case.  Federal Defendants do not object.

Plaintiffs are considering whether to amend their Complaint pursuant to Federal Rule of Civil Procedure 15(a).  The Parties jointly request that the Court order them to propose a briefing schedule for any appropriate motions by July 15, 2026.

Dated: June 15, 2026

*/s/ Matthew Marinelli*
Matthew Campbell
NM Bar No. 138207, CO No. 40808
mcampbell@narf.org
Jacqueline De León
DC Bar No. 1023035, CA Bar No. 288192
jdeleon@narf.org
Allison A. Neswood
CO Bar No. 49846
neswood@narf.org
Malia Gesuale
CO Bar No. 59452
gesuale@narf.org

NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave
Boulder, CO 80302

Samantha Blencke Kelty
AZ Bar No. 024110, TX Bar No. 24085074
blencke@narf.org
Matthew Marinelli
DC Bar No. 488351
marinelli@narf.org

NATIVE AMERICAN RIGHTS FUND
950 F Street, NW, Suite 1050,
Washington, DC 20004

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General


By: */s/ Peter Kryn Dykema by /s/ Matthew Marinelli*
*pursuant to written permission on June 15, 2026*
PETER KRYN DYKEMA
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 532 3084
E-mail: peter.dykema@usdoj.gov

*Counsel for Defendants*

3