**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PUEBLO OF ISLETA, et al.,                )
                                                        )
                                    Plaintiffs,    )
                                                        )
v.                                                     )        Case No. 1:25-cv-00696-AHA
                                                        )
SECRETARY OF THE DEPARTMENT      )
OF THE INTERIOR, et al.,                    )
                                                        )
                                    Defendants.   )

**JOINT STATUS REPORT**

In a Minute Order dated June 23, 2026, this Court lifted the stay of litigation in this case and directed the parties to file a Joint Status Report by July 15, 2026 proposing next steps in this case, including a proposed schedule for amendment of the complaint and filing of any responsive pleading.  Counsel for the parties have since exchanged several emails, and held a telephone conference on July 14, 2026 and submit this Joint Status Report.

As the Parties previously reported, the Department of Education started implementing an interagency agreement with the Departments of Interior and planned to detail fourteen employees full-time to from Education to Interior.

Counsel for Plaintiffs formally requested that the Education and Interior Departments engage in consultation regarding the contemplated detailing by the Department of Education to the Interior Department of employees who are involved in administering Native American education programs.  Counsel for Defendants stated that Interior does not consult about internal personnel matters.

As previously reported, Plaintiffs are considering whether to amend their Complaint pursuant to Federal Rule of Civil Procedure 15(a). The Parties respectfully propose the following schedule:

1. Plaintiffs file any amended complaint by August 27, 2026.

2. Defendants file any responsive pleading by October 9, 2026.

Dated: July 15, 2026

> */s/ Matthew Marinelli by /s/Peter Kryn Dykema*
> *pursuant to written authorization on July 15, 2026*
> Matthew Campbell
> NM Bar No. 138207, CO No. 40808
> mcampbell@narf.org
> Jacqueline De León
> DC Bar No. 1023035, CA Bar No. 288192
> jdeleon@narf.org
> Allison A. Neswood
> CO Bar No. 49846
> neswood@narf.org
> Malia Gesuale
> CO Bar No. 59452
> gesuale@narf.org
>
> NATIVE AMERICAN RIGHTS FUND
> 250 Arapahoe Ave
> Boulder, CO 80302
>
> Samantha Blencke Kelty
> AZ Bar No. 024110, TX Bar No. 24085074
> blencke@narf.org
> Matthew Marinelli
> DC Bar No. 488351
> marinelli@narf.org
>
> NATIVE AMERICAN RIGHTS FUND
> 950 F Street, NW, Suite 1050,
> Washington, DC 20004

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General


By: */s/ Peter Kryn Dykema*
PETER KRYN DYKEMA
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532 3084
E-mail: peter.dykema@usdoj.gov

*Counsel for Defendants*


*Electronically filed*